**94–78.**   Cooke v. Cooke.   *Stark County,* No. CA–9247.   This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Stark County to certify its record and was considered in a manner prescribed by law.   On application of appellee, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice, effective February 14, 1994.

**94–253.**   ABC Supply Co. v. Custom Installation, Inc.   *Cuyahoga County,* No. 63107.   This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record.   Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 14, 1994.